UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAWN HAGERTY,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:18-1973** |
| v. | : | **(JUDGE MANNION)** |
| **ROBERT SMITH, et al.,** | : | |
| **Defendants** | : | |

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The above captioned action is **DISMISSED** pursuant to Fed.R.Civ.P. 41(b) for Plaintiff's failure to prosecute and to comply with a Court Order.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:  May 19, 2021**
18-1973-02-ORDER